

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: ANITA DEJAYNES, INDIVIDUALLY AND AS NEXT FRIEND OF A.D., N.M.D., AND E.M.D., MINOR CHILDREN, | § § § § | No. 08-18-00075-CV AN ORIGINAL PROCEEDING |
| Relator. | § § § | IN MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relator's joint motion to dismiss original proceeding for writ of mandamus, and concludes that Relator's joint motion to dismiss original proceeding for writ of mandamus should be granted and the petition for writ of mandamus should be dismissed for want of jurisdiction. We therefore grant the Relator's joint motion and dismiss the petition for writ of mandamus for want of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 13TH DAY OF JUNE, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.